**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LATONIA JONES, individually and on behalf
of her minor child, D.J.,

               Plaintiff,               14 **CIVIL** 7635 (NSR)

    -against-                 **JUDGMENT**

COUNTY OF WESTCHESTER, ROSA HAZOURY,
ELKE KNUDSEN, and LISA COLIN, ESQ.,

               Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2023, Defendants' motion for summary judgment is GRANTED. Plaintiff's Third Amended Complaint is dismissed with prejudice, except for the state law claim which Plaintiff is free to assert in state court to the extent a cognizable claim exists; accordingly, the case is closed.

**Dated:**  New York, New York
           September 15, 2023

                                                                      **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                    **BY:**

                                                                        **Deputy Clerk**